IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 NOV -8 PM 1:44
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JENIFER ARBAUGH | * |
| Plaintiff, | * CIVIL ACTION |
| | * No. 01-3376 |
| VERSUS | * |
| | * SECT. ___, MAG: ___ SECT. R MAG. 1 |
| Y&H CORPORATION d/b/a/ | * |
| THE MOONLIGHT CAFE | * |
| | * |
| Defendant. | * |
| | * |

* * * * * * * * * * * * * * * * * *

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Jenifer Arbaugh, a person of the full age of majority and domiciled in the Parish of Orleans, who respectfully represents:

### I.
### JURISDICTIONAL STATEMENT

Made Defendants herein are Y&H CORPORATION, a Louisiana corporation licensed and doing business in the State of Louisiana and Yalcin Hatipoglu, a person of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana

Plaintiff's claims arise under Title VII of the 1964 Civil Rights Act, as amended, 42 U.S.C. §2000e *et seq.*, La. R.S. 23:301 *et seq.* and Louisiana Civil Code Article 2315. This Court is vested with jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. §1331 and is vested with supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367.

Plaintiff has complied with the jurisdictional prerequisites contained in Title VII by filing a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC"). Plaintiff

Fee /50.00
Process_____
X Dktd_____
___CtRmDep_____
Doc.No.___1___

received her "Right to Sue" notice on November 8, 2001, less than ninety days prior to the filing date of this Complaint. Plaintiff has also complied with the jurisdictional prerequisites contained in La. R.S. 23:301 by sending written notice of intent to sue to Defendant more than thirty days prior to filing this lawsuit.

## II.
## VENUE

All of the conduct complained of herein occurred in Orleans Parish, Louisiana. Accordingly, venue is proper in the United States District Court for the Eastern District of Louisiana.

## III.
## CAUSES OF ACTION

Plaintiff alleges that she was subjected to hostile environment and quid pro quo sexual harassment and constructively discharged from employment by Defendant Y&H Corporation. Additionally, Plaintiff alleges that Defendant Yalcin Hatipoglu committed assault and battery upon her in the course of sexually harassing her, and intentionally inflicted emotional distress upon her.

## IV.
## FACTUAL ALLEGATIONS

1. Plaintiff began working for Defendant Y&H Corporation, d/b/a The Moonlight Cafe as a bartender in May, 2000. Throughout her employment, Plaintiff performed her job duties and responsibilities competently, diligently, and in a professional manner.

2. During the course of her employment, Yalcin Hatipoglu was Plaintiff's immediate supervisor.

3. Throughout her employment with Defendant, Yalcin Hatipoglu repeatedly harassed Plaintiff with crude comments and jokes of a sexual nature.  He also made repeated sexual overtures towards Plaintiff, and on several occasions touched Plaintiff in a sexual and inappropriate manner.

4. Plaintiff advised Hatipoglu on several occasions that his comments, overtures and touching were offensive and unwelcome, and requested that he curtail that behavior.

5. Hatipoglu refused to stop the above-described conduct.

6. On February 9, 2001, Hatipoglu came into the kitchen where Plaintiff was working, and blatantly stared at her breasts. Plaintiff told him to stop doing so, which caused Hatipoglu to become angry and storm out of the room.

7. Hatipoglu came back to the bar approximately an hour later, came behind the bar where Plaintiff was working, and reached under Plaintiff's skirt and grabbed her crotch.  Plaintiff pushed him away and yelled at him to leave her alone.

8. On February 9, 2001, because her work circumstances had become intolerable, Plaintiff resigned from her job at the Moonlight Cafe.

9. As a result of the above-described sexual harassment, assault and battery and subsequent constructive discharge, Plaintiff has suffered and continues to suffer severe mental anguish and emotional distress.  In addition, Defendants' actions have harmed Plaintiff's ability to be gainfully employed in the career of her choice.  Defendants' actions have also

significantly impacted Plaintiff's income, as well as her ability to enjoy various employee benefits available to her while employed by Defendant.

## V.
## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Jenifer Arbaugh, requests that this Complaint be filed and that the Defendants be duly cited and served with a copy of this Complaint and after all legal delays allowed by law have elapsed and due proceedings had, that there be a trial and that after such trial there be judgment herein in favor of Jenifer Arbaugh and against Y&H Corporation, d/b/a The Moonlight Cafe and Yalcin Hatipoglu for such sums as will be proven at the trial of this matter, including, but not limited to back and front pay, lost past and future benefits, compensatory damages, punitive damages, reasonable attorney fees and court costs, pre and post judgment interest, and for all other general and equitable relief to which she may be entitled.

Respectfully submitted this 8th day of November, 2001.

_____
JEFFREY A. SCHWARTZ, T.A.
Louisiana Bar Roll No. 19781
AUDREY N. BROWNE
Louisiana Bar Roll No. 21505

SCHWARTZ & BROWNE, L.L.C.
650 Poydras Street
Suite 2635
New Orleans, Louisiana 70130
Telephone: (504) 522-8788

ATTORNEYS FOR PLAINTIFF,
JENIFER ARBAUGH

4