UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**JENIFER ARBAUGH**                                                **CIVIL ACTION**

**VERSUS**                                                         **NUMBER   01-3376-SS**

**Y & H CORPORATION, ET AL.**

### J U D G M E N T

Considering the order and reasons of this date,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment herein in favor of plaintiff, Jenifer Arbaugh, and against defendant, Y & H Corporation, for:

1. Back pay of $5,000 with pre-judgment interest with respect to this award;

2. Compensatory damages of $5,000 and punitive damages of $30,000;

3. Legal interest from the date of judgment pursuant to federal law; and

4. Attorney's fees and costs of $146,037.70.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be judgment herein in favor of defendant, Yalcin Hatipoglu, and against plaintiff, Jenifer Arbaugh.

New Orleans, Louisiana, this 24th day of May, 2006.

**Sally Shushan**
**United States Magistrate Judge**